No. 77–5619.   Massey v. Garner, Sheriff, et al.   C. A. 8th Cir.   Certiorari denied.

No. 77–5622.   Stocking v. Marsh et al.   C. A. 4th Cir. Certiorari denied.

No. 77–5624.   Warner et al. v. Oklahoma.   Ct. Crim. App. Okla.   Certiorari denied.

No. 77–5627.   Dillard v. LaVallee, Correctional Superintendent, et al.   C. A. 2d Cir.   Certiorari denied.

No. 77–5628.   Dioquino v. Fair Employment Practice Commission of California.   Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77–5634.   Speck v. Auger.   C. A. 8th Cir.   Certiorari denied.

No. 77–5637.   Young v. Clanon, Penitentiary Superintendent, et al.   C. A. 9th Cir.   Certiorari denied.

No. 77–5642.   Thompson v. Vermillion et al.   C. A. 8th Cir.   Certiorari denied.

No. 77–5649.   Edwards v. Kentucky.   Sup. Ct. Ky. Certiorari denied.

No. 77–5673.   Whiteside v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 77–5675.   Harmer v. United States et al.   C. A. 8th Cir.   Certiorari denied.

No. 77–5681.   Watson v. United States.   C. A. 3d Cir. Certiorari denied.

No. 77–5682.   Brockman v. United States.   C. A. 10th Cir.   Certiorari denied.